```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

----------------------------------
TALIB A. RASHEED,                        Civil Action No.
                                            09-5605 WJM
            Plaintiff,
 v.                                        **O R D E R**

GLEN RIDGE BOARD OF EDUCATION,

            Defendant.
----------------------------------

A Report and Recommendation was filed on January 3, 2011 recommending that Defendant's Notice of Motion to Dismiss be granted; and the parties having been given notice that they had ten days to object to the Report and Recommendation pursuant to Local Rule 72.1(c)(2); no objection or responses having been received; and the Court having reviewed the Report and Recommendation <u>de</u> <u>novo</u>; and good cause appearing;

It is on this 25th day of January, 2011

**ORDERED** that the Report and Recommendation of Magistrate-Judge Mark Falk is hereby adopted as the Opinion of this Court.

                                    s/William J. Martini
                                    _____
                                    WILLIAM J. MARTINI, U.S.D.J.